IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IAN V. JACOBS,<br><br>        Plaintiff,<br><br>    v.<br><br>FAREPORTAL, INC.,<br><br>        Defendant. | **8:17CV362**<br><br>**ORDER** |

This matter is before the court on plaintiff's motion for limited expedited discovery, Filing No. 5, prior to setting and ruling on the motion for preliminary injunction, Filing No. 2. The court does not wish to rule on this motion until such time as the defendant files a responsive pleading. Accordingly, once a response is filed, plaintiff's counsel is ordered to contact the court and convey the same. The court will then issue an order telling defendant to respond to Filing No. 5. Thereafter, the court will enter an order regarding the limited expedited discovery.

    IT IS SO ORDERED.

    Dated this 29th day of September, 2017.

                                                  BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Senior United States District Judge