IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IAN V. JACOBS, | |
| Plaintiff, | **8:17CV362** |
| vs. | |
| | **ORDER** |
| FAREPORTAL, INC., | |
| Defendant. | |

After conferring with counsel, and for the reasons stated on the record (Filing No. 38, audio), the court finds good cause to continue the deadline for responding to Defendant's motion to dismiss. Accordingly,

IT IS ORDERED that Plaintiff's response to the pending motion to dismiss, (Filing No. 26), shall be filed on or before January 12, 2018.

November 22, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge