IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IAN V. JACOBS, | |
| Plaintiff, | 8:17CV362 |
| v. | |
| FAREPORTAL, INC., | ORDER |
| Defendant. | |

This matter is before the court on its own motion. It has come to the court's attention that a motion for preliminary injunction filed with the plaintiff's complaint remains pending in this action. Filing No. 2. The court granted limited expedited discovery on personal jurisdiction and indicated the preliminary injunction issue should be held in abeyance until a responsive pleading was filed. The defendant has filed an answer and counterclaim and a hearing on case progression has been scheduled. It appears that the motion for preliminary injunction may be moot, or at least has lost its urgency. Accordingly, the court finds the motion should be denied without prejudice to reassertion.

IT IS ORDERED that the plaintiff's motion for preliminary injunction (Filing No. 2) is denied without prejudice to reassertion.

Dated this 18th day of May, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge