IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| IAN V. JACOBS, | |
|---|---|
| Plaintiff, | **8:17CV362** |
| vs. | |
| FAREPORTAL, INC., | **ORDER** |
| Defendant. | |

After conferring with counsel,

IT IS ORDERED:

1) Plaintiff's anticipated motion to compel responses to Document Production Requests 73-75 shall be filed on or before September 28, 2018. Defendant's response shall be filed on or before October 5, 2018. No reply shall be filed absent leave of the court for good cause shown.

2) The parties are reminded that their briefs should not exceed 25 pages. They are further reminded that if the court must rule on a discovery motion even after convening a hearing to assist the parties in resolving their dispute, it is likely the court will not tailor the discovery requests to conform to the federal rules. Instead, it will rule on the objections to the discovery as drafted by Plaintiff.

September 25, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge