IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| IAN V. JACOBS, | |
|---|---|
| Plaintiff, | 8:17CV362 |
| vs. | |
| FAREPORTAL, INC., | ORDER |
| Defendant. | |

IT IS ORDERED that the motions to withdraw filed by Scott J. Sholder and Lindsay R. Edelstein, as counsel of record for Defendant/Counter Claimant, (Filing Nos. 229 and 230), are granted. Scott J. Sholder and Lindsay R. Edelstein shall no longer receive electronic notice in this case.

Dated this 9th day of September, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge