IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IAN V. JACOBS,<br><br>             Plaintiff,<br><br>vs.<br><br>FAREPORTAL, INC.,<br><br>             Defendant. | **8:17CV362**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Britton D. McClung, as counsel of record for Plaintiff, (Filing No. 235), is granted. Britton D. McClung shall no longer receive electronic notice in this case.

Dated this 16th day of January, 2020.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge