IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| IAN V. JACOBS, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. 8:17-CV-00362 |
| FAREPORTAL, INC., | § § § | |
| Defendant. | § § | |

## **SCHEDULING ORDER**

After conferring with counsel,

IT IS ORDERED:

1) The parties shall comply with the following case preparation deadlines:

| <u>Date</u> | <u>Deadline</u> |
|---|---|
| **April 24, 2020** | Deadline for completing written discovery, including document production, as to the issue of damages. |
| **May 8, 2020** | Deadline to assert any damages-related written discovery issues to James Amend for resolution. |
| **May 22, 2020** | Deadline for designation of experts and disclosure of Expert Reports meant to support either party's damages claim, including providing all information required under Rule 26(a)(2)(A)-(C). |
| **June 22, 2020** | Deadline for designation of rebuttal experts and disclosure of rebuttal Expert Reports as to the issue of damages (i.e., experts intended solely to contradict or rebut evidence on the same subject matter as a damages expert disclosed by the other party). |
| **July 17, 2020** | Deadline for Fact and Expert Witness Depositions as to the issue of damages. |
| **July 24, 2020** | Deadline to assert any damages-related discovery issues arising from depositions to James Amend for resolution. |

| **July 31, 2020** | Deadline for Dispositive Motions on Damages and for Motions to Exclude Damages-Related Expert Testimony |

     2)     The trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **August 31, 2020**, or as soon thereafter as the case may be called, for a duration of four (4) trial days.

     3)     The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **August 11, 2020** at **1:00 p.m.**, and will be conducted by internet/telephonic conferencing using the case conferencing instructions assigned to this case. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on August 7, 2020.

February 20, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge