IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IAN V. JACOBS, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 8:17-CV-00362 |
| FAREPORTAL, INC., | | |
| Defendant. | | |

## **SCHEDULING ORDER**

A Joint Stipulation and Motion to Extend Deadlines was filed on March 27, 2020 requesting extension of existing deadlines and case progression due to ongoing issues related to COVID-19.

IT IS ORDERED:

1) The motion to extend (Filing No. 243) is granted. The parties shall comply with the following case preparation deadlines:

| Date | Deadline |
|---|---|
| **May 22, 2020** | Deadline for completing written discovery, including document production, as to the issue of damages. |
| **June 8, 2020** | Deadline to assert any damages-related written discovery issues to James Amend for resolution. |
| **June 22, 2020** | Deadline for designation of experts and disclosure of Expert Reports meant to support either party's damages claim, including providing all information required under Rule 26(a)(2)(A)-(C). |
| **July 22, 2020** | Deadline for designation of rebuttal experts and disclosure of rebuttal Expert Reports as to the issue of damages (i.e., experts intended solely to contradict or rebut evidence on the same subject matter as a damages expert disclosed by the other party). |
| **July 31, 2020** | Deadline for Fact and Expert Witness Depositions as to the issue of damages. |
| **August 7, 2020** | Deadline to assert any damages-related discovery issues arising from depositions to James Amend for resolution. |

2) The trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **September 21, 2020**, or as soon thereafter as the case may be called, for a duration of four (4) trial days.

3) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 3, 2020** at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing using the case conferencing instructions assigned to this case. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to <zwart@ned.uscourts.gov>, in Word format, by 5:00 p.m. on August 31, 2020.

4) No additional extensions will be granted absent a <u>substantial</u> showing of good cause

5) The parties' stipulation is approved. Fareportal's responses and objections to Jacobs' Sixth Requests for Production are now due **May 4, 2020.** Jacob's responses and objection to Fareportal's Second Set of Interrogatories and Third Requests for Production are now due **May 4, 2020**.

March 30, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge