THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IAN V. JACOBS,

               Plaintiff/Counterclaim-
               Defendant,

      v.

FAREPORTAL INC.,

               Defendant/Counterclaim-
               Plaintiff.

Civil Action No. 8:17 Civ. 00362

## **FAREPORTAL INC.'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO PLAINTIFF'S REPLY IN FURTHER SUPPORT OF HIS MOTION TO COMPEL**

Defendant counterclaim-plaintiff Fareportal Inc. ("Fareportal"), by and through its undersigned counsel, respectfully moves this Court for leave to file a sur-reply brief in response to plaintiff counterclaim-defendant Ian V. Jacobs' ("Plaintiff") reply in further support of his motion to compel. *See* Dkt. No. 279.

Counsel for Fareportal believes good cause exists for submission of a sur-reply because Plaintiff's reply brief consists primarily of new arguments not raised in his opening brief, chiefly regarding the Supreme Court's decision in *Romag Fasteners, Inc. v. Fossil, Inc.*, 140 S.Ct. 1492 (2020), and the underlying principles of statutory construction therein, which are not only new but materially misrepresented. Accordingly, to permit Fareportal a fair opportunity to respond, Fareportal respectfully requests that the Court grant its motion for leave and consider the sur-reply attached hereto as **Exhibit A**.

Respectfully submitted,

Dated: New York, New York
      July 17, 2020

  /s/ Eleanor M. Lackman
Eleanor M. Lackman, *pro hac vice*
Marissa B. Lewis, *pro hac vice*
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Avenue, 25th Floor
New York, New York 10022
Tel.: (212) 509-3900
Fax: (212) 546-7675
eml@msk.com
mbl@msk.com

Michael T. Hilgers (#24483)
HILGERS GRABEN PLLC
14301 FNB Parkway, Suite 100
Omaha, Nebraska 68154
Tel.: (402) 218-2106
mhilgers@hilgersgraben.com

*Attorneys for Defendant-Counterclaim-Plaintiff
Fareportal Inc.*